FILED

05/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0632

IN THE MATTER OF:

M.D.F. and C.R.F.,

Youth in Need of Care.

**ORDER GRANTING MOTION FOR
FIRST EXTENSION OF TIME**

Upon consideration of Appellant Father's motion for extension of time, and good cause appearing therefore, Appellant Father is granted an extension of time until June 27, 2022, to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Grant of Extension of Time
Chief Justice, Montana Supreme Court
PAGE 1 May 13 2022